UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:11-cr-0089-JMS-KPF |
| ) | |
| CHAYA COOPER, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED FACTUAL BASIS

Chaya Cooper was working for Dina Wein Reis ("Reis") in Reis's marketing business in New York, New York in November 2005 and through January 2007. Cooper was taught her job duties by Reis and others that worked in Reis's marketing business. In that position, Cooper "cold called" executives at large consumer product companies to solicit their products for Reis's marketing business. Cooper represented that Reis's business utilized her unique marketing promotions to distribute consumer product companies' products through established distribution channels to a variety of outlets that were typically difficult for the manufacturers to reach on their own.

On or about from November 2005 through July 2006, Reis, Cooper, and other Reis employees, contacted a company located in Kansas City, Missouri and told the company through phone conversations and personal meetings, that if it sold its products to Reis the products would then be distributed through a marketing venture called the "Goody Pak Program" in which its products would be distributed free of charge to schools to be used for school fundraisers, and in order to generate marketing information on the company's products.

From the experience and insight Cooper had gained as an employee of Reis's marketing business over the previous few months. Cooper knew that this statement was a material misrepresentation to the corporation about how Reis actually intended to distribute the company's products.

These misrepresentations resulted in a loss to the company of $500,000.

JOSH J. MINKLER
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By: _____
Winfield D. Ong
Assistant United States Attorney

_____
Matthew A. Klecka
Trial Attorney, U.S. Department of Justice

_____
Chaya Cooper
Defendant

_____
Dorothy Ann Hertzel
Attorney for Defendant

_____
Richard Kammen
Attorney for Defendant