UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:11-cr- |
| | ) | |
| CHAYA COOPER, | ) | **1 : 11 -cr- 0 0 8 9 JMS -KPF** |
| | ) | |
| Defendant. | ) | |

You have been charged in an Information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 | 5 | 250,000 | 3 | NA |

Dated: 5/19/11

_____
CHAYA COOPER
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgment.

_____
Jane Magnus-Stinson
United States District Judge
Southern District of Indiana