UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

CAUSE NO.   1:11-cr-0089-JMS-KPF

STATUTE: 18 U.S.C. § 371

1. Defendant's Name: Chaya Cooper

2. You are before a United States District Judge and at the close of these proceedings you will be requested to sign an acknowledgment.

3. You have a right to be represented by counsel and to retain an attorney before proceeding with this hearing. If you are financially unable to obtain the services of an attorney, I shall appoint one to represent you at this hearing without expense to you or you may waive the right to be so represented in any further proceedings before a United States District Judge. There is an attorney present and available to confer with you at this time. If an attorney is appointed for you, he will continue to represent you until he is relieved by order of the District Court. (Defendant was given the opportunity to complete CJA Form 1 or 3a or, if defendant waived the right to counsel, the opportunity to complete SDI Form D.)

4. You are further advised that you are not being called upon at this time to plead guilty or not guilty to the charge(s) in the information; you are not required to make any statement at this time or at any other time when you are in custody; and any statement you make, either orally or in writing, can be used against you.

5. The Judge observes that Richard Kammen, your attorney, is here, but it is still my responsibility to explain your rights.

6. Offense Charged: Conspiracy to commit wire fraud, between November 2005 through July 2006, in violation of Title 18, United States Code, Section 371, as charged in Count 1 of the Information.

7. An information has been filed charging you with a violation of the laws of the United States, in particular, a violation of (the Judge reads the information).

8. The Fifth Amendment to the United States provides that federal felony charges should be presented to a grand jury for its consideration and vote. The charges brought against you in the information were not first reviewed by a grand jury. Since the charges you face are felony offenses, YOU HAVE THE RIGHT TO HAVE YOUR CASE FIRST CONSIDERED BY THE GRAND JURY. Every individual, however, also may waive (that is give up) his or her right to have his case considered by a grand jury. If you choose not to give up that right, the information will be dismissed and the matter returned to the grand jury for its consideration and vote. If you choose to waive your right to have your case considered by a grand jury, the case against you will continue.

9. You are further advised that you are entitled to be considered for pre-trial release under terms and conditions fixed by the court to insure your appearance at trial.

In a limited number of cases, the United States may ask for pre-trial detention. Detention can only be imposed after a hearing and only if the Court decides no release conditions are adequate to protect the community and/or insure your attendance at trial.

10. Defendant acknowledges that the Judge has made the statements herein and that the defendant has received a copy.

DATED: 5/19/11

_____
Defendant's Signature

I certify that the defendant was advised of her rights in the manner set forth above and that she signed (or refused to sign) the acknowledgment.

DATED: 5/19/11

_____
Jane Magnus-Stinson
United States District Judge